[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 18, 2005
THOMAS K. KAHN
CLERK

No. 05-12106
Non-Argument Calendar

_____

D. C. Docket No. 04-00101-CR-FTM-29-SPC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARGARITO CRUZ SANCHEZ,
a.k.a. Margarito Gomez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 18, 2005)**

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

David J. Joffe, counsel for Margarito Cruz Sanchez in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cruz Sanchez's convictions and sentences are **AFFIRMED.**